1 J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
2 **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
3 Las Vegas, NV 89169
Tel: (702) 949-8200
4 Fax: (702) 949-8398
cjorgensen@lewisroca.com
5

6 *Attorneys for Vero Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS SRABIA, | Case No.: 2:23-CV-00377-MMD-DJA |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| VERO TECHNOLOGIES, INC. | |
| Defendants. | |

Kristol Bradley Ginapp, Esq. of Holley Driggs, hereby approves and consents to the substitution of J Christopher Jorgensen, Esq., of Lewis Roca Rothgerber Christie LLP, in her place and stead as attorneys of record for Defendant Vero Technologies, Inc., in the above-entitled action.

Dated this 23rd day of ~~September~~ October, 2023.

HOLLEY DRIGGS

_/s/ Kristol Bradley Ginapp_
Kristol Bradley Ginapp (State Bar No.: 8468)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel: 702-791-0308
kginapp@nevadafirm.com

122521797.1

Stephen J. Bumgarner, Esq. of Maynard Nexsen PC, hereby approves and consents to the substitution of J Christopher Jorgensen, Esq., of Lewis Roca Rothgerber Christie LLP, in his place and stead as attorneys of record for Defendant Vero Technologies, Inc., in the above-entitled action.

Dated this 23rd day of October, 2023. ~~September~~

**MAYNARD NEXSEN PC**

_____
Stephen J. Bumgarner, Esq. (Admitted Pro Hac Vice)
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
Tel: 205.254.1000
sbumgarner@maynardnexsen.com

Defendant Vero Technologies, Inc., hereby approves and consents to the substitution of Ogonna M. Brown, Esq., of Lewis Roca Rothgerber Christie LLP in the place and stead of F. Thomas Edwards, Esq. of Holley Driggs as its counsel in the above-entitled action.

Dated this ___ day of September, 2023.

**VERO TECHNOLOGIES, INC.**

By:_____
   Lou Baugier
   Founder & CEO
   116 West Houston, 4th Floor
   New York, NY 10012

122521797.1

- 2 -

Stephen J. Bumgarner, Esq. of Maynard Nexsen PC, hereby approves and consents to the substitution of J Christopher Jorgensen, Esq., of Lewis Roca Rothgerber Christie LLP, in his place and stead as attorneys of record for Defendant Vero Technologies, Inc., in the above-entitled action.

Dated this 23rd day of ~~September~~ October, 2023.

**MAYNARD NEXSEN PC**

*/s/ Stephen J. Bumgarner*
Stephen J. Bumgarner, Esq. (Admitted Pro Hac Vice)
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
Tel: 205.254.1000
sbumgarner@maynardnexsen.com

Defendant Vero Technologies, Inc., hereby approves and consents to the substitution of Ogonna M. Brown, Esq., of Lewis Roca Rothgerber Christie LLP in the place and stead of F. Thomas Edwards, Esq. of Holley Driggs as its counsel in the above-entitled action.

Dated this ___ day of September, 2023.

**VERO TECHNOLOGIES, INC.**

By: _____
    DocuSigned by: D611AD861EF14B9
Lou Baugier
Founder & CEO
116 West Houston, 4th Floor
New York, NY 10012

J Christopher Jorgensen, Esq. of Lewis Roca Rothgerber Christie LLP hereby approves and consents to his substitution in the place and stead of Kristol Bradley Ginapp, Esq. of Holley Driggs and Stephen J. Bumgarner, Esq. of Maynard Nexsen PC, as attorneys of record for Defendant Vero Technologies, Inc., in the above-entitled action.

DATED this 24th day of October, 2023.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

_____
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
cjorgensen@lewisroca.com

*Attorneys for Defendant Vero Technologies, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 10/25/2023

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                         */s/ Annette Jaramillo*