AMANDA LOUGMILLER
*(Admitted Pro Hac Vice)*
aloughmiller@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5455
Facsimile:  (214) 871-2111

Bernadette Rigo, Esq. (Bar No. 7882)
brigo@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax: (702) 363-2534
***Counsel for Defendant Trans Union
Rental Screening Solutions, Inc.***

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LUIS SARABIA,<br><br>Plaintiff,<br><br>v.<br><br>VERO TECHNOLOGIES. INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:23-cv-00377-MMD-DJA<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION RENTAL SCREENING SOLUTIONS, INC.** |

    Plaintiff Luis Sarabia, and Defendant Trans Union Rental Screening Solutions, Inc. ("Trans Union") file this Stipulation and Order of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

    There are no longer any issues in this matter between Luis Sarabia and Trans Union to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with

prejudice, with court costs to be paid by the party incurring same.

Dated this 16th day of May, 2024.

| /s/ Amanda Loughmiller | /s/ Beth Findsen |
|---|---|
| Amanda Loughmiller | Beth Findsen |
| (*Admitted Pro Hac Vice*) | bfindsen@consumerattorneys.com |
| aloughmiller@qslwm.com | Consumer Attorneys |
| QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. | 8245 N. 85th Way |
| 6900 N. Dallas Parkway, Suite 800 | Scottsdale, AZ 85258 |
| Plano, Texas 75024 | 602-807-6676 |
| (214) 560-5455 / Fax: (214) 871-2111 | and |
| and | Michael Everett Yancey, III |
| Bernadette Rigo, Esq. (Bar No. 7882) | myancey@consumerattorneys.com |
| brigo@skanemills.com | Consumer Attorneys PLC |
| Sarai L. Thornton, Esq. (Bar No. 11067) | 2300 West Sahara Avenue |
| sthornton@skanemills.com | Suite 800 |
| SKANE MILLS LLP | Las Vegas, NV 89102 |
| 1120 Town Center Drive, Suite 200 | 480-573-9272 |
| Las Vegas, Nevada 89144 | Fax: 718-715-1750 |
| (702) 363-2535 / Fax: (702) 363-2534 | ***Counsel for Plaintiff*** |
| ***Counsel for Defendant Trans Union Rental Screening Solutions, Inc.*** | |

DATED this 17th day of May 2024.

**IT IS SO ORDERED**

**HONORABLE MIRANDA M. DU**
UNITED STATE DISTRICT JUDGE

7081560.1

2