1

2

Beth K. Findsen
*(admitted pro hac vice)*
**CONSUMER ATTORNEYS**

3

8245 N. 85th Way
Scottsdale, AZ 85258

4

P: 602.807.6676
E: bfindsen@consumerattorneys.com

5

6

Michael Yancey III
NV # 16158

7

**Consumer Attorneys**
2300 West Sahara Avenue, Suite 800

8

Las Vegas, NV 89102
P: 480-573-9272

9

E: myancey@consumerattorneys.com

10

*Attorneys for Plaintiff*
*Luis Sarabia*

11

12

J Christopher Jorgensen
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

13

cjorgensen@lewisroca.com
Nevada Bar No. 5382

14

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

15

(702) 949-8200
(702) 949-8398 Fax

16

17

*Counsel for Vero Technologies, Inc.*

18

19

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

20

21

LUIS SARABIA,

Case No.: 2:23-cv-00377-MMD-DJA

22

Plaintiff,

23

v.

**ORDER GRANTING STIPULATION AND ORDER OF  DISMISSAL WITH PREJUDICE OF  DEFENDANT VERO TECHNOLOGIES, INC**

24

VERO TECHNOLOGIES, INC.,

25

Defendant.

26

27

28

Plaintiff Luis Sarabia, and Defendant Vero Technologies, Inc. ("Vero") file this Stipulation and Order of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Luis Sarabia and Vero to be determined by this Court. Plaintiff and Vero hereby stipulate that all claims and causes of action that were or could have been asserted against Vero are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated: June 14, 2024

| | |
|---|---|
| /s/Beth K. Findsen<br>Beth K. Findsen, AZ # 023205<br>(admitted pro hac vice)<br>**CONSUMER ATTORNEYS**<br>8245 N 85th Way<br>Scottsdale, AZ 85258<br>E: bfindsen@consumerattorneys.com<br>P: 602-807-6676<br>F: 718-715-1750<br><br>Michael Yancey III, NV # 16158<br>**CONSUMER ATTORNEYS**<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, NV 89102<br>E: myancey@consumerattorneys.com<br>P: 480-573-9272<br>F: 718-175-1750<br><br>*Attorneys for Plaintiff*<br>*Luis Sarabia* | /s/ J. Christopher Jorgensen<br>J Christopher Jorgensen<br>**LEWIS ROCA ROTHGERBER**<br>**CHRISTIE LLP**<br>cjorgensen@lewisroca.com<br>Nevada Bar No. 5382<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>(702) 949-8200<br>(702) 949-8398 Fax<br><br>*Counsel for Vero Technologies, Inc.* |

DATED this 21st day of June 2024.

**IT IS SO ORDERED**

**HONORABLE MIRANDA M. DU**
UNITED STATE DISTRICT JUDGE